# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DONALD LEWIS**                                                                                     **PETITIONER**
**ADC #080794**

**v.**                                              **4:20CV00870-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                          **RESPONDENT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

The Petition for Writ of Habeas Corpus (Doc. No. 2-1) is DISMISSED and the requested relief is DENIED.

No certificate of appealability will issue.

IT IS SO ORDERED this 25th day of August, 2020.

                                                 Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE