# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DONALD LEWIS**                                                                              **PETITIONER**
**ADC #080794**

**v.**                                       **4:20CV00870-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                    **RESPONDENT**

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 25th day of August, 2020.

                                                             Billy Roy Wilson_____
                                                             UNITED STATES DISTRICT JUDGE